Magistrate Judge Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR06-0442-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] ORDER TO |
| ) | CONTINUE TRIAL DATE |
| JONG CHUN BAE, ) | UNDER SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER came before the Court on the stipulated motion by the parties for an Order continuing the trial date from January 29, 2007, until on or after February 26, 2007.

The motion is brought on the grounds that, although the parties have acted diligently, they require additional time to investigate the causes for the alleged incident, specifically through referral of defendant to certain counseling; that the results of the counseling are important to both parties, in that these results possibly will assist the parties in fashioning an appropriate resolution of the case short of trial; and that this process is not expected to be sufficiently complete before the current trial date.

Accordingly, the parties believe that a continuance is necessary so that the parties can receive and consider the results from defendant's counseling; and that the extension would allow the defense and the government the reasonable time necessary for adequate and effective preparation, taking into account the exercise of due diligence.

ORDER TO EXTEND TRIAL DATE/BAE - 1
(CR06-0448MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Having considered these arguments from the parties, and all other matters of
2  record, and being fully advised in the premises,
3  THE COURT HEREBY FINDS that, for the reasons set forth in the parties
4  stipulated motion, the ends of justice to be served by granting the requested continuance
5  outweigh the interest of the public and the defendant in a speedy trial, pursuant to
6  18 U.S.C. § 3161(h)(8)(A).  NOW THEREFORE,
7  IT IS HEREBY ORDERED that the stipulated motion of the parties to continue
8  the trial herein beyond January 29, 2007, is hereby GRANTED, and the trial date is
9  hereby continued until <u>February 26, 2007, at 10:00 am in Courtroom 12B.</u>.
10  IT IS FURTHER ORDERED that, following the defendant's execution of a
11  Waiver of the Speedy Trial Act in this regard, the period of delay from January 29, 2007,
12  until <u>February 26, 2007</u> shall be excludable, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
13  (B)(ii) and (B)(iv), for the purpose of computing the time limitations imposed by the
14  Speedy Trial Act, 18 U.S.C. §§ 3161.
15  DATED this <u>17th</u> day of <u>January</u>, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:
s/ Lawrence Lincoln
LAWRENCE LINCOLN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-4127; Fax: (206) 553-2422
E-mail: lawrence.lincoln@usdoj.gov

s/ Peter Offenbecher (by tel.authorization)
PETER OFFENBECHER, WSBA No. 11920
Skellenger Bender, P.S.; 1301 Fifth Avenue, Suite 3401
Seattle, Washington 98101
Telephone: (206) 623-6501; Fax: (206) 447-1973
E-mail: poffenbecher@skellngerbender.com
Attorney for the Defendant, Jong Chung Bae

ORDER TO EXTEND TRIAL DATE/BAE - 2
(CR06-0448MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970